**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERRENCE ZEHRER, Derivatively on Behalf of HARBOR INTERNATIONAL FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14 C 789 |
| HARBOR CAPITAL ADVISORS, INC., | ) ) | Judge Joan H. Lefkow |
| Defendant, -and- | ) ) ) | |
| HARBOR INTERNATIONAL FUND, | ) ) | |
| Nominal Defendant. | ) | |
| | | |
| RUTH TUMPOWSKY, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 14 C 7210 |
| HARBOR CAPITAL ADVISORS, INC., | ) ) ) | Judge Joan H. Lefkow |
| Defendant, | ) | |

**PLAINTIFF RUTH TUMPOWSKY'S MOTION TO CONSOLIDATE
PURSUANT TO FED R. CIV. P. 42(a)**

Plaintiff, Ruth Tumpowsky, moves pursuant to Fed. R. Civ. P. 42(a) to consolidate her action *("Tumpowsky")* with *Zeher v. Harbor Capital Advisors, Inc.,* 14 C 789 *("Zeher")* and in support states:

1. Plaintiff filed her action on September 14, 2014, and moved this Court for a finding that *Tumpowsky* is related to *Zehrer*.

2. On November 4, 2014, this Court granted Plaintiff's motion, and on November 5, 2014, the Executive Committee reassigned *Tumpowsky* to this Court.

3. Plaintiff now moves pursuant Fed. R. Civ. P. 42(a) to consolidate *Tumpowsky* for all purposes with *Zehrer*.

**Wherefore,** Plaintiff, Ruth Tumpowsky, requests that this Court order that case number 14 C 7210 be consolidated with *Zehrer*, 14 C 789 pursuant to Fed. R. Civ. P. 42(a).

Dated: November 5, 2014                  Respectfully submitted,

By: /s/ Marvin A. Miller
Marvin A. Miller
**MILLER LAW LLC**
115 S. LaSalle Street
Suite 2910
Chicago, IL  60603
Tel:  (312) 332-2400

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
Ana M. Cabassa-Torres
**ZWERLING, SCHACHTER &
ZWERLING, LLP**
41 Madison Avenue
New York, NY 10010
Tel: (212) 223-3900
Fax: (212) 371-5969

Robert L. Lakind
Arnold C. Lakind
**SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Ruth Tumpowsky*

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Marvin A. Miller, one of the attorneys for plaintiff, hereby certify that on November 5, 2014, service of the foregoing *Plaintiff Ruth Tumpowsky's Motion to Consolidate Pursuant to Fed R. Civ. P. 42(a)* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/*Marvin A. Miller*_____
Marvin A. Miller