## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Terrence Zehrer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 14 C 789 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| Harbor Capital Advisors, Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Enter Memorandum Opinion and Order. Motion of Harbor Capital Advisors, Inc. to dismiss [43] is denied. Motion of Harbor International Fund to dismiss [48] is granted. Harbor International Fund is dismissed as a defendant in this case.

Date: November 18, 2014

_____
U.S. District Judge Joan H. Lefkow