# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Terrence Zehrer, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 14 C 789 |
| | ) | |
| vs. | ) | Judge Joan H. Lefkow |
| | ) | |
| Harbor Capital Advisors, Inc., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Motion hearing held on 11/20/2014. Plaintiff Ruth Tumpowsky's motion to consolidate [76] is granted. Case number 14 C 7210 shall be consolidated with case number 14 C 789. An amended consolidated complaint is to be filed by 12/22/2014. Defendant is to answer or otherwise plead to the complaint by 1/22/2015. Status hearing is set for 2/3/2015 at 11:00 a.m.

(0:13)

Date: November 20, 2014                    _____
                                           U.S. District Judge Joan H. Lefkow