**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRENCE ZEHRER,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>    Defendant. | Case No.: 14-cv-00789<br><br>Hon. Joan Humphrey Lefkow |
| RUTH TUMPOWSKY,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.<br><br>    Defendant. | Case No.: 14-cv-07210<br><br>CONSOLIDATED |

## SCHEDULING ORDER IN CONSOLIDATED CASES

Plaintiffs Terrence Zehrer and Ruth Tumpowsky ("Plaintiffs"), and defendant Harbor Capital Advisors, Inc. ("Defendant"), have stipulated to the entry of a Scheduling Order in Consolidated Cases to supersede the Scheduling Order previously entered by the Court on June 2, 2014.

Pursuant to that stipulation, the Court hereby vacates the Scheduling Order previously entered on June 2, 2014 and orders as follows:

    1.    Fact discovery shall be completed by November 30, 2015.

    2.    Plaintiffs' expert reports shall be served on or before January 15, 2016.

    3.    Defendant's expert reports shall be served on or before February 29, 2016.

4. Rebuttal expert reports shall be served on or before March 23, 2016.

5. Expert discovery, including expert depositions, shall be completed on or before May 7, 2016.

Entered: April 3, 2015

JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT COURT JUDGE