**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TERRENCE ZEHRER, | |
| Plaintiff, | Case No.: 14-cv-00789 |
| v. | Hon. Joan Humphrey Lefkow |
| HARBOR CAPITAL ADVISORS, INC., | |
| Defendant. | |
| RUTH TUMPOWSKY, | |
| Plaintiff, | Case No.: 14-cv-07210 |
| v. | CONSOLIDATED |
| HARBOR CAPITAL ADVISORS, INC., | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR EXTENSION OF DISCOVERY SCHEDULE**

Plaintiffs Terrence Zehrer and Ruth Tumpowsky, by their undersigned counsel, hereby respectfully move the Court for an Order extending the discovery deadlines in the Scheduling Order in Consolidated Cases by three months to allow adequate time for the parties to complete fact discovery (the "Motion").

This Motion is and will be based upon the accompanying Memorandum of Law, the Declaration of Stephen J. Oddo, the Declaration of Edward B. Gerard, the Declaration of Robert Lakind, the Court's record in this action, and such other matters as may be presented to the Court.

- 2 -

**CERTIFICATION PURSUANT TO FED. R. CIV. P. 37(A)(1) AND LOCAL RULE 37.2**

Pursuant to Rule 37(a)(1) of the Federal Rules of Civil Procedure and Local Rule 37.2 of the Local Rules of the United States District Court for the Northern District of Illinois, counsel for plaintiffs Terrence Zehrer and Ruth Tumpowsky hereby certify that they have conferred with counsel for defendant Harbor Capital Advisors, Inc. in a good-faith effort to resolve by agreement the issues raised in this motion. Specifically, the parties conferred by conference call on August 10, 2015, regarding a possible offer of compromise, but the parties were unable to reach an agreement.

Dated: August 13, 2015

Respectfully submitted,

ROBBINS ARROYO LLP

/s/ Stephen J. Oddo
STEPHEN J. ODDO
BRIAN J. ROBBINS
EDWARD B. GERARD
DANIEL L. SACHS
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

LASKY & RIFKIND, LTD
NORMAN RIFKIND
AMELIA S. NEWTON
351 W. Hubbard Street, Suite 401
Chicago, IL 60654
Telephone: (312) 634-0057
Facsimile: (312) 634-0059

MILLER LAW LLC
MARVIN A. MILLER
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone: (312) 332-3400
Facsimile: (312) 676-2676

- 3 -

      ZWERLING, SCHACHTER
       & ZWERLING, LLP
      ROBIN F. ZWERLING
      JEFFREY C. ZWERLING
      SUSAN SALVETTI
      ANDREW W. ROBERTSON
      41 Madison Avenue
      New York, NY 10010
      Telephone: (212) 223-3900
      Facsimile: (212) 371-5969

      SZAFERMAN, LAKIND,
       BLUMSTEIN & BLADER, P.C.
      ROBERT L. LAKIND
      ARNOLD C. LAKIND
      DANIEL S. SWEETSER
      MARK A. FISHER
      CHRISTOPHER S. MYLES
      ROBERT G. STEVENS
      101 Grovers Mill Road, Suite 200
      Lawrenceville, NJ 08648
      Telephone: (609) 275-0400
      Facsimile: (609) 275-4511

      *Attorneys for Plaintiffs*

1048709

- 4 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: August 13, 2015                  /s/ Stephen J. Oddo
                                                       STEPHEN J. ODDO