UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ZEHRER,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>    Defendant. | Case No.: 14-cv-00789<br><br>Hon. Joan Humphrey Lefkow |
| RUTH TUMPOWSKY,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>    Defendant. | Case No.: 14-cv-07210<br><br>CONSOLIDATED |

## AGREED ORDER REGARDING PROSPECTIVE DAMAGE CLAIMS

WHEREAS, on February 4, 2014, plaintiff Terrence Zehrer filed a complaint (the "Zehrer Action") against defendant Harbor Capital Advisors, Inc. ("HCA") asserting a claim pursuant to Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. §80a-35(b) ("Section 36(b)") pertaining to advisory fees paid to HCA by the Harbor International Fund (the "International Fund");

WHEREAS, on September 16, 2014, plaintiff Ruth Tumpowsky filed a complaint (the "Tumpowsky Action") against HCA asserting claims pursuant to Section 36(b) pertaining to

advisory fees paid to HCA by the International Fund and the Harbor High-Yield Bond Fund (the "High-Yield Bond Fund");

WHEREAS, the Court entered an order of consolidation in this action on November 20, 2014 (the "Consolidation Order") directing the consolidation of the Tumpowsky Action and the Zehrer Action for all purposes (the "Consolidated Action");

WHEREAS, in accordance with the Consolidation Order, Plaintiffs filed a Consolidated Amended Complaint on December 22, 2014;

WHEREAS, Section 36(b)(3) provides, in relevant part, that "[n]o award of damages shall be recoverable for any period prior to one year before the action was instituted"; and

WHEREAS, the parties desire to avoid the necessity of resolving at this time the issue of whether Plaintiffs may seek to recover damages for any period after the Plaintiffs filed their respective complaints, and the related issue of whether Plaintiffs are required to file so-called "anniversary" complaints in order to preserve any claims Plaintiffs may have to seek to recover any such damages;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the parties in the Consolidated Action through their undersigned counsel, and subject to the Court's approval, that:

1. Plaintiffs shall not be required to file a new complaint or complaints in order to preserve any claims Plaintiffs may have to seek to recover damages for advisory fees paid to HCA by the International Fund and the High-Yield Bond Fund after the Plaintiffs filed their respective complaints.

2.  This Stipulation shall not be deemed a waiver of any claims or defenses any party may have in this action.

Dated:

9/23/2015

ENTER:

*[signature]*

HONORABLE JOAN HUMPHREY LEFKOW

AGREED:

| | |
|---|---|
| Dated: September 16, 2015 | Dated: September 16, 2015 |
| By: /s/ Jenny L. Dixon | By: /s/ Molly K. McGinley |
| Stephen J. Oddo | John W. Rotunno |
| Jenny L. Dixon | Stephen J. O'Neil |
| Edward B. Gerard | Paul J. Walsen |
| ROBBINS ARROYO, LLP | Clifford C. Histed |
| 600 B St #1900 | Molly K. McGinley |
| San Diego, CA 92101 | Nicole C. Mueller |
| (619) 525-3990 | K&L GATES LLP |
| E-mail: soddo@robbinsarroyo.com | 70 West Madison Street, Suite 3100 |
| jdixon@robbinsarroy.com | Chicago, Illinois 60602-4207 |
| egerard@robbinsarroyo.com | Telephone: 312.372.1121 |
| | E-mail:john.rotunno@klgates.com |
| | stephen.oneil@klgates.com |
| | paul.walsen@klgates.com |
| | clifford.histed@klgates.com |
| | molly.mcginley@klgates.com |
| | nicole.mueller@klgates.com |

*Attorneys for Harbor Capital Advisors, Inc.*

Norman Rifkind
LAW OFFICES OF NORMAN RIFKIND
100 E. Huron Street, #1306
Chicago, IL 60611
(847) 372-4747
E-mail: Norman@RIFSLAW.com

3

Robin F. Zwerling
Jeffrey C. Zwerling
Susan Salvetti
Andrew W. Robertson
ZWERLING, SCHACHTER &
ZWERLING, LLP
41 Madison Avenue
New York, New York 10010
(212) 223-3900
E-mail: rzwerling@zsz.com
jzwerling@zsz.com
ssalvetti@zsz.com
arobertson@zsz.com

Robert L. Lakind
Arnold C. Lakind
Daniel S. Sweetser
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
(609) 275-0400
E-mail: rlakind@szaferman.com
alakind@szaferman.com
dsweetser@szaferman.com

*Counsel for Plaintiffs*