**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TERRENCE ZEHRER,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>　　　Defendant. | Case No.:  14-cv-00789<br><br>Judge Joan Humphrey Lefkow<br><br>Magistrate Judge Susan E. Cox |
| RUTH TUMPOWSKY,<br><br>　　　Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.<br><br>　　　Defendant. | Case No.:  14-cv-07210<br><br>CONSOLIDATED |

**AMENDED SCHEDULING ORDER IN CONSOLIDATED CASES**

This matter having come before the Court for a report on status and on the Motion of Defendant Harbor Capital Advisors, Inc. for Entry of Protective Order and Plaintiffs' Motion for Extension of Discovery Schedule, and the Court having been advised that Plaintiffs Terrence Zehrer and Ruth Tumpowsky ("Plaintiffs") and defendant Harbor Capital Advisors, Inc. ("Defendant") have stipulated to the entry of an Amended Scheduling Order in Consolidated Cases to supersede the Scheduling Order previously entered by the Court on April 3, 2015,

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1.　　The Scheduling Order entered herein on April 3, 2015 is vacated, and the following deadlines shall govern the completion of discovery:

      (a)      Fact discovery shall be completed on or before January 14, 2016.

      (b)      Plaintiffs' expert reports shall be served on or before February 29, 2016.

      (c)      Defendant's expert reports shall be served on or before April 14, 2016.

      (d)      Rebuttal expert reports shall be served on or before May 7, 2016.

      (e)      Expert discovery, including expert depositions, shall be completed on or before June 21, 2016.

2.      Defendant will withdraw from its Initial Disclosures Pursuant to Rule 26(a)(1) the names of three persons identified as having discoverable information that HCA may use to support its defenses.

3.      Plaintiffs are hereby granted leave to take up to 14 depositions. In addition to the allotted amount, in the event Defendant later identifies any person(s) withdrawn from its Initial Disclosures, pursuant to Paragraph 3(a) herein, as witnesses Defendant intends to call at trial, Plaintiffs will be permitted to take the deposition(s) of any such person(s).

4.      Modifications to the deadlines in this Amended Scheduling Order may be sought only by motion, for good cause shown pursuant to Federal Rule of Civil Procedure 16(b)(4), or by stipulation of the parties.

5.      Defendant's Motion for Entry of Protective Order is hereby withdrawn, without prejudice.

Entered: September 24, 2015

_____
MAGISTRATE JUDGE SUSAN E. COX

2