UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ZEHRER,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>    Defendant. | Case No.: 14-cv-00789<br><br>Hon. Joan Humphrey Lefkow |
| RUTH TUMPOWSKY,<br><br>    Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.<br><br>    Defendant. | Case No.: 14-cv-07210<br><br>CONSOLIDATED |

### SECOND AMENDED SCHEDULING ORDER IN CONSOLIDATED CASES

This matter having come before the Court for a report on status, and the Court having been advised that plaintiffs Terrence Zehrer and Ruth Tumpowsky ("Plaintiffs"), and defendant Harbor Capital Advisors, Inc. ("Defendant") (collectively with Plaintiffs, the "Parties") have stipulated to the entry of the following [Proposed] Second Amended Scheduling Order in Consolidated Cases to supersede the Amended Scheduling Order in Consolidated Cases previously entered by the Court on September 24, 2015 (Document No. 128),

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. The Scheduling Order entered herein on September 24, 2015 is amended, and the following deadlines shall govern the completion of discovery:

    (a) Plaintiffs' expert reports shall be served on or before March 28, 2016.

    (b) Defendant's expert reports shall be served on or before May 20, 2016.

    (c) Rebuttal expert reports shall be served on or before June 10, 2016.

    (d) Expert discovery, including expert depositions, shall be completed on or before July 29, 2016.

2. This matter is continued to June 28, 2016, at 11 a.m., for a status conference pursuant to the Court's Standing Order regarding summary judgment motions. The Parties shall exchange offer and demand letters in advance of the status conference and be prepared to report on the possibility of settlement. If settlement is not reached or reachable, the party wishing to file a summary judgment motion shall be prepared to identify the legal issues on which judgment as a matter of law would rest, the essential undisputed facts, and the reasoning why these facts entitle the movant to judgment.

3. The following deadlines shall govern any summary judgment briefing permitted by the Court: summary judgment motions and supporting materials shall be filed on or before September 8, 2016; the nonmoving party shall have forty-five (45) days to respond; and the moving party shall have twenty-one (21) days to reply.

4. Modifications to the deadlines in this Amended Scheduling Order may be sought only by motion, for good cause shown pursuant to Federal Rule of Civil Procedure 16(b)(4), or by stipulation of the Parties.

Entered: January 29, 2016

_____
JOAN HUMPHREY LEFKOW
UNITED STATES DISTRICT COURT JUDGE