IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ZEHRER, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR CAPITAL ADVISORS, INC., <br><br> Defendant. | Case No. 14-CV-00789 <br><br> Consolidated |
| RUTH TUMPOWSKY, <br><br> Plaintiff, <br><br> v. <br><br> HARBOR CAPITAL ADVISORS, INC., <br><br> Defendant. | Case No. 14-CV-07210 <br><br> Honorable Joan Humphrey Lefkow |

**MOTION OF DEFENDANT HARBOR CAPITAL ADVISORS, INC.
FOR SUMMARY JUDGMENT**

Defendant Harbor Capital Advisers, Inc. ("HCA"), by and through its undersigned counsel, respectfully moves the Court pursuant to Rule 56 of the Federal Rules of Civil Procedure and Northern District of Illinois Local Rule 56.1 for the entry of an Order granting summary judgment in favor of HCA and against Plaintiffs Terrence Zehrer and Ruth Tumpowsky, and in support thereof states as follows:

1. The Consolidated Amended Complaint in this action purports to assert claims against HCA under Section 36(b) of the Investment Company Act of 1940, 15 U.S.C. §80-a 35(b), for HCA's receipt of allegedly excessive investment management fees from two mutual funds, the Harbor International Fund and the Harbor High Yield Bond Fund (the "Funds"), for which HCA serves as the investment adviser.

2. To incur liability under Section 36(b), "an investment adviser must charge a fee that is *so disproportionately large* that it bears *no reasonable relationship* to the services rendered and *could not have been* the product of arm's-length bargaining." *Jones v. Harris Assoc. L.P.,* 559 U.S. 335, 346 (2010) (emphasis added).

3. In determining whether an investment adviser has "charge[d] a fee" so disproportionate to the services rendered by an investment advisor that it could not have been produced in arm's-length bargaining, all services provided by the adviser must be considered. Here, Plaintiffs' claims fail as a matter of law in that those claims do not take into consideration all the services provided to the Funds by HCA and all the expenses incurred by HCA in providing those services.

4. Plaintiffs' claims fail for the additional, independent reason that the material facts, as to which there cannot be any genuine dispute, bearing upon the factors traditionally considered by the courts in applying Section 36(b) would not permit a conclusion that the management fees received by HCA from the Funds are "excessive." In particular, because the fees at issue compare favorably to fees charged by other actively managed funds with similar investment strategies and the performance of the funds at issue was comparable to, or better than, other similar funds, the fees cannot be "so disproportionately large" as to bear "no reasonable relationship to the services rendered." *Jones v. Harris Assocs. L.P.,* 611 F.App'x 359, 360-61 (7th Cir. 2015).

HCA's Motion is supported by Defendant Harbor Capital Advisors, Inc.'s Statement of Material Facts As to Which There Is No Genuine Dispute, the Memorandum In Support of Motion of Harbor Capital Advisors, Inc. for Summary Judgment; and the Declaration of Nicole C. Mueller, together with accompanying exhibits, submitted herewith.

Wherefore, Defendant Harbor Capital Advisors, Inc. respectfully requests that the Court enter an Order granting Harbor Capital Advisors, Inc. summary judgment on the claims of Plaintiffs Terrence Zehrer and Ruth Tumpowsky.

Dated: September 8, 2016

Respectfully submitted,

DEFENDANT HARBOR CAPITAL ADVISORS, INC.

By: /s/ Stephen J. O'Neil
One of its Attorneys

John W. Rotunno
Stephen J. O'Neil
Paul J. Walsen
Clifford C. Histed
Molly K. McGinley
Nicole C. Mueller
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Telephone: (312) 372-1121
Facsimile: (312) 827-8000

Email: john.rotunno@klgates.com
stephen.oneil@klgates.com
paul.walsen@klgates.com
clifford.histed@klgates.com
molly.mcginley@klgates.com
nicole.mueller@klgates.com

*Attorneys for Defendant Harbor Capital Advisors, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on September 8, 2016, the foregoing **Motion of Defendant Harbor Capital Advisors, Inc. for Summary Judgment** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to following counsels of record:

    Norman Rifkind
    LASKY & RIFKIND, LTD.
    100 E. Huron Street #1306
    Chicago, Illinois 60654

    Stephen J. Oddo
    Edward B. Gerard
    Jenny L. Dixon
    ROBBINS ARROYO LLP
    600 B Street, Suite 1900
    San Diego, California 92101

    Andrew W. Robertson
    Susan Salvetti
    Robin F. Zwerling
    Jeffrey C. Zwerling
    ZWERLING, SCHACHTER & ZWERLING, LLP
    41 Madison Avenue
    New York, New York 10010

    Arnold C. Lakind
    Robert L. Lakind
    Daniel S. Sweetser
    Christopher S. Myles
    Mark A. Fisher
    Robert G. Stevens
    SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.
    101 Grovers Mill Road, Suite 200
    Lawrenceville, New Jersey 08648

    Marvin Alan Miller
    MILLER LAW LLC
    115 South LaSalle Street
    Suite 2910
    Chicago, Illinois 60603

                                                    /s/ Stephen J. O'Neil