# EXHIBIT 1

| Exhibit | "Fully Confidential" Treatment Requested | "Partially Confidential" Treatment Requested |
|---|---|---|
| Exhibit 5 | X | |
| Exhibit 6 | | X |
| Exhibit 7 | | X |
| Exhibit 9 | | X |
| Exhibit 14 | | X |
| Exhibit 15 | X | |
| Exhibit 16 | X | |
| Exhibit 17 | X | |
| Exhibit 18 | X | |
| Exhibit 21 | X | |
| Exhibit 23 | X | |
| Exhibit 24 | X | |
| Exhibit 26 | | X |
| Exhibit 28 | | X |
| Exhibit 29 | | X |
| Exhibit 30 | | X |
| Exhibit 31 | X | |
| Exhibit 36 | | X |
| Exhibit 37 | | X |
| Exhibit 39 | X | |
| Exhibit 40 | X | |
| Exhibit 41 | | X |
| Exhibit 42 | | X |
| Exhibit 43 | | X |
| Exhibit 54 | X | |
| Exhibit 58 | X | |
| Exhibit 63 | X | |
| Exhibit 65 | X | |
| Exhibit 66 | X | |
| Exhibit 67 | X | |
| Exhibit 72 | | X |
| Exhibit 80 | | X |
| Exhibit 88 | | X |
| Exhibit 95 | | X |
| Exhibit 96 | | X |
| Exhibit 103 | | X |
| Exhibit 109 | | X |
| Exhibit 110 | | X |
| Exhibit 111 | | X |
| Exhibit 112 | | X |
| Exhibit 113 | | X |
| Exhibit 114 | | X |
| Exhibit 115 | | X |
| Exhibit 116 | | X |
| Exhibit 117 | X | |

| | | |
|---|---|---|
| Exhibit 118 | X | |
| Exhibit 119 | | X |
| Exhibit 120 | | X |
| Exhibit 121 | | X |
| Exhibit 122 | | X |
| Exhibit 124 | X | |
| Exhibit 125 | | X |
| Exhibit 126 | X | |
| Exhibit 130 | X | |
| Exhibit 131 | X | |
| Exhibit 132 | X | |
| Exhibit 133 | X | |
| Exhibit 134 | X | |
| Exhibit 135 | X | |