## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Terrence Zehrer

                                      Plaintiff,

v.                                                     Case No.: 1:14–cv–00789
                                                        Honorable Joan H. Lefkow

Harbor Capital Advisors, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2017:

      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiffs' motion to seal document Documents Relating to Plaintiffs' Oppositions to the Motions of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Dr. Richard W. Kopcke and Kent E. Barrett [255] is granted. Motion stricken from the Court's call of 4/19/2017. Enter Order. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.