## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TERRENCE ZEHRER, | |
| Plaintiff, | Case No.: 14-cv-00789 |
| v. | Hon. Joan Humphrey Lefkow |
| HARBOR CAPITAL ADVISORS, INC., | |
| Defendant. | |
| | |
| RUTH TUMPOWSKY, | |
| Plaintiff, | Case No.: 14-cv-07210 |
| v. | CONSOLIDATED |
| HARBOR CAPITAL ADVISORS, INC., | |
| Defendant. | |

~~[PROPOSED]~~ ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS RELATING TO PLAINTIFFS' OPPOSITIONS TO THE MOTIONS OF HARBOR CAPITAL ADVISORS, INC. TO BAR EXPERT TESTIMONY OF DR. RICHARD W. KOPCKE AND KENT E. BARRETT

THIS MATTER having been brought before this Court by plaintiffs Terrence Zehrer and Ruth Tumpowsky ("Plaintiffs") for an order sealing their Oppositions to the Motions of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Dr. Richard W. Kopcke and Kent E. Barrett, and supporting documents—Declaration of Stephen J. Oddo in Support of Plaintiffs' Opposition to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Dr. Richard W. Kopcke and exhibits thereto, and Declaration of Stephen J. Oddo in Support of Plaintiffs' Opposition to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Kent E. Barrett and exhibits thereto (the "Motions to Bar Opposition Documents"); and good and sufficient reason appearing therefore,

IT IS on this 19th day of April , 2017 ORDERED AS FOLLOWS:

1.    Plaintiffs' Motions to Bar Opposition Documents shall be filed under seal pursuant to the Agreed Protective Order entered by the Court on June 3, 2014 (Document #: 62).

2.    A copy of this order shall be provided to all counsel within 7 days of receipt of this order by counsel for Plaintiffs.

_____
HONORABLE JOAN HUMPHREY LEFKOW

1166942

- 1 -