UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE ZEHRER,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>Defendant. | Case No.: 14-cv-00789<br><br>Hon. Joan Humphrey Lefkow |
| RUTH TUMPOWSKY,<br><br>Plaintiff,<br><br>v.<br><br>HARBOR CAPITAL ADVISORS, INC.,<br><br>Defendant. | Case No.: 14-cv-07210<br><br>CONSOLIDATED |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *INSTANTER* PLAINTIFFS' OPPOSITIONS TO THE MOTIONS OF HARBOR CAPITAL ADVISORS, INC. TO BAR EXPERT TESTIMONY OF DR. RICHARD W. KOPCKE AND KENT E. BARRETT

THIS MATTER having been brought before this Court by plaintiffs Terrence Zehrer and Ruth Tumpowsky ("Plaintiffs") for an order granting the Motion for Leave to File *Instanter* Plaintiffs' Oppositions to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Dr. Richard W. Kopcke and Plaintiffs' Oppositions to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Kent E. Barrett; and good and sufficient reason appearing therefore,

IT IS on this 19th day of April, 2017 ORDERED AS FOLLOWS:

- 1 -

- 2 -

1. Plaintiffs are granted leave to file their Plaintiffs' Opposition to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Dr. Richard W. Kopcke, and Plaintiffs' Opposition to the Motion of Harbor Capital Advisors, Inc. to Bar Expert Testimony of Kent E. Barrett, the substantive content each of which are 16 pages in length.

2. A copy of this order shall be provided to all counsel within __7__ days of receipt of this order by counsel for Plaintiffs.

_____
HONORABLE JOAN HUMPHREY LEFKOW

1166948