# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Terrence Zehrer,

Plaintiff(s),

v.

Harbor Capital Advisors, Inc.,

Defendant(s).

Case No. 14 CV 789

Judge Joan Humphrey Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

  which ☐ includes        pre–judgment interest.
     ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Harbor Capital Advisors, Inc.
and against plaintiff(s) Terrence Zehrer

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Joan Humphrey Lefkow on a motion for summary judgment.

Date: 3/13/2018         Thomas G. Bruton, Clerk of Court

                 Michael Dooley, Deputy Clerk